IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                                   )        Chapter:
                                                         )
                                                         )
                                                         )
    Debtor(s)                                            )        Case No:

**ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

On _____, an application was filed for the Claimant(s),

_____

for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $_____ held in unclaimed funds be made payable to

_____

and be disbursed to the payee at the following address:

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

Dated: July 27th, 2021
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE